1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                       EASTERN DISTRICT OF CALIFORNIA

10

11   MARK CURTIS ORTEGA,                    1:12-cv-00070-AWI-SKO (HC)

12              Petitioner,                 ORDER GRANTING RESPONDENT'S
                                            SECOND MOTION FOR EXTENSION OF
13       vs.                                TIME TO FILE RESPONSIVE PLEADING

14   MARTIN BITER,                          (DOCUMENT #18)

15              Respondent.                 THIRTY DAY DEADLINE

16   _____/

17          Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28

18   U.S.C. § 2254.  On June 28, 2012, respondent filed a motion to extend time to file responsive

19   pleading.  Good cause having been presented to the court and GOOD CAUSE APPEARING

20   THEREFOR, IT IS HEREBY ORDERED that:

21          Respondent is granted thirty days from the date of service of this order in which to file a

22   responsive pleading.

23

24   IT IS SO ORDERED.

25   **Dated:    July 2, 2012**              _____/s/ Sheila K. Oberto_____
                                            UNITED STATES MAGISTRATE JUDGE
26

27

28