UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARK CURTIS ORTEGA, | ) | 1:12-cv—00070-AWI-SKO-HC |
| | ) | |
| Petitioner, | ) | ORDER RE: FINDINGS AND |
| | ) | RECOMMENDATIONS (DOC. 28) |
| | ) | |
| v. | ) | ORDER DENYING PETITIONER'S MOTION |
| | ) | FOR AN ORDER GRANTING HIM ACCESS |
| MARTIN BITER, Warden, | ) | TO THE LAW LIBRARY (DOC. 25) |
| | ) | |
| Respondent. | ) | |
| | ) | |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b)(1) and Local Rules 72-302 and 72-303.

On November 1, 2012, the Magistrate Judge filed findings and recommendations that Petitioner's request for injunctive relief be denied. The findings and recommendations permitted the filing of objections within thirty days and a reply within fourteen days thereafter. The findings and recommendations were served on all parties on the same date.

Although the time for filing objections has passed, no objections have been filed.

1

1  In accordance with the provisions of 28 U.S.C. § 636
2 (b)(1)(C), this Court has conducted a *de novo* review of the case.
3 The undersigned has carefully reviewed the entire file and finds
4 that the findings and recommendations are supported by the record
5 and proper analysis.
6  Accordingly, it is ORDERED that Petitioner's request for
7 injunctive relief is DENIED.
8 IT IS SO ORDERED.

Dated:   December 11, 2012

UNITED STATES DISTRICT JUDGE

2